[L. A. No. 16530. In Bank.—February 29, 1940.]

FREDERICK A. SPEIK, Appellant, v. I. O. SUTPHIN, Respondent.

John W. Preston, Crump & Rogers and Wood, Crump & Rogers for Appellant.

Leland J. Allen for Respondent.

GIBSON, J.—██ This is an action to quiet title and to obtain declaratory relief in respect to rights arising under an

oil lease. The action raises the same issues as those presented in the companion case of *Sutphin* v. *Speik,* L. A. No. 17142 (*ante,* p. 195 [99 Pac. (2d) 652]), this day decided. On the authority of that case the judgment is affirmed.

Edmonds, J., Carter, J., Curtis, J., Waste, C. J., Wood, J., *pro tem.,* and McComb, J., *pro tem.,* concurred.

Rehearing denied. Shenk, J., and Houser, J., did not participate.